1  AN NGUYEN RUDA (SBN 215453)
    *aruda@bartkopavia.com*
2  JOSIAH R. JENKINS (SBN 332418)
    *jjenkins@bartkopavia.com*
3  BARTKO PAVIA LLP
   1100 Sansome Street
4  San Francisco, California 94111
   Telephone: (415) 956-1900
5  Facsimile:  (415) 956-1152

6  Attorneys for Defendant
   SOCIEDAD TEXTIL LONIA, CORP.
7

8  MICHAEL FREIMAN (SBN 280716)
    *mike@employlegal.com*
9  LAW OFFICES OF MICHAEL FREIMAN
   100 Wilshire Blvd., Ste. 700
10 Santa Monica, CA 90401
   Telephone: (310) 917-1022
11
   Attorneys for Plaintiff
12 MARIA VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIEDAD TEXTIL LONIA, CORP.; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 4:24-cv-8514-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge: The Honorable Jon S. Tigar |

Case No. 4:24-cv-8514-JST

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

**[PROPOSED] ORDER**

Having considered the Stipulation of Dismissal submitted by plaintiff MARIA VALENCIA and defendant SOCIEDAD TEXTIL LONIA, CORP., and good cause appearing therefor, the Court hereby GRANTS the Stipulation of Dismissal. The above-captioned action is DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a)(1). The parties shall each bear their own costs, expenses and fees incurred to date.

**IT IS SO ORDERED.**

DATED: December 30, 2025

The Honorable Jon S. Tigar